KOH
EEN: USAO 2021R00566

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA *
*
v. * CRIMINAL NO. 21-cr-00435 PWG
*
ROGER EMMANUEL LEMUS, * (Reentry of Alien Removed After
a/k/a "Fernando Luis Rivera," * Aggravated Felony Conviction,
* 8 U.S.C. § 1326(a) & (b)(2))
Defendant *
*
*******

USDC- GREENBELT
'21 NOV 3 PM12:57

# INDICTMENT

## COUNT ONE
**(Reentry of Alien Removed After Aggravated Felony Conviction)**

The Grand Jury for the District of Maryland charges that:

On or about September 3, 2021, in the District of Maryland, the defendant,

**ROGER EMMANUEL LEMUS,**
**a/k/a "Fernando Luis Rivera,"**

an alien who previously had been deported and removed, after having been convicted of an aggravated felony, knowingly entered and was found in the United States of America, the said defendant having not obtained the express consent of the Attorney General of the United States or his or her successor, the Secretary for Homeland Security (Title 6, United States Code,

Sections 202(3), 202(4) and 557), to reapply for admission into the United States as required by law.

8 U.S.C. § 1326(a) & (b)(2)

Erek Barron (EEN)

Erek L. Barron
United States Attorney

A TRUE BILL:

SIGNATURE REDACTED

Foreperson

11/3/21
Date